**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

MOHAMMAD ALI MUSTAFA, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1755-SLP
)
FRED FIGUEROA, et al., )
)
Respondents. )

**ORDER**

Petitioner, Mohammad Ali Mustafa, represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The case was referred to United States Magistrate Judge Amanda L. Maxfield pursuant to 28 U.S.C. § 636. *See* [Doc. No. 3]. The Court is in receipt of the Parties' Joint Status Report and Stipulation of Dismissal, whereby the "parties jointly stipulate to a dismissal of the Petition for Writ of Habeas Corpus without prejudice." *See* [Doc. No. 13] at 2.

IT IS THEREFORE ORDERED that the Court hereby VACATES the July 13, 2026 Enter Order [Doc. No. 3] which referred this matter to Magistrate Judge Amanda L. Maxfield. The referral is TERMINATED.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**